UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IDA DIAZ-GONZALES o/b/o<br>A.R.C. (a Minor),<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner<br>of Social Security Administration,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-26-CV-381-HJB |

**ORDER OF JUDGMENT**

Before the Court is the parties' Joint Stipulation to Remand to the Commissioner. (Docket Entry 16.) It is hereby **ORDERED** that stipulation (Docket Entry 16) is **GRANTED** and this case is **REVERSED** and **REMANDED** to the Commissioner of the Social Security Administration for further action pursuant to 42 U.S.G. § 405(g).

On remand, the Administrative Law Judge will offer the claimant an opportunity for a hearing and issue a decision.

The Clerk of Court is directed to enter a Judgment in accordance with this Order.

**SIGNED** on August 18, 2026.

Henry J. Bemporad
United States Magistrate Judge